# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Lawrence K. Karlton
United States District Judge
Sacramento, California

                                 RE:    Valerie Garcia
                                              Docket Number:    2:12CR0089 LKK
                                              <u>Case Reassignment</u>

Your Honor:

The defendant's case was originally sentenced out of the Southern District of California. The United States Probation Office, Fresno venue accepted courtesy supervision of the case as the defendant resides within the Fresno County area. She has been supervised by the Fresno Division since the commencement of supervision and continues to reside in Fresno County. A transfer of jurisdiction was initiated at which time the Southern District forwarded their correspondence to the Sacramento Clerks Office; hence, the matter was assigned to Your Honor.

This action was filed in the Sacramento Division in error, and should be transferred to the Fresno Division to address current violation conduct. Therefore, this officer respectfully requests the defendant's case be transferred from Sacramento Division to the Fresno Division.

                                           Respectfully submitted,

                                           /s/ Rick C. Tarazon

                                           **Rick C. Tarazon**
                                         **United States Probation Officer**

Dated:        August 24, 2012
                Fresno, California
                RCT

**RE:** Valerie Garcia
   Docket Number:  2:12CR0089 LKK
   <u>**Case Reassignment**</u>

**REVIEWED BY:**   /s/ Robert Ramirez
   **Robert Ramirez**
   **Supervising United States Probation Officer**

Attachment(s)

cc:   United States Attorney

---

AGREE: ____✔____   DISAGREE: _____

_____   <u>August 27, 2012</u>
**LAWRENCE K. KARLTON**   DATE
United States District Judge